NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMART MODULAR TECHNOLOGIES, INC.,**
*Appellant*

v.

**NETLIST, INC.,**
*Appellee*

---

2016-2666, -2667

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01372 and IPR2014-01374.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases, and thus one set of briefs should be filed for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than October 31, 2016.

2              SMART MODULAR TECHNOLOGIES v. NETLIST, INC.

                                                           FOR THE COURT

                                                           /s/ Peter R. Marksteiner
                                                           Peter R. Marksteiner
                                                           Clerk of Court

s26